**Appeal Dismissed and Memorandum Opinion filed May 9, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00332-CR

## ANA MARIA MEDINA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1533756**

## MEMORANDUM OPINION

The trial court convicted appellant, Ana Maria Medina, in July 2017 of the third-degree felony offense of injury to an elderly individual. This court affirmed her conviction on October 9, 2018. *See Medina v. State*, No. 14-17-00638-CR, 2018 WL 4869504 (Tex. App.—Houston [14th Dist.] Oct. 9, 2018, no pet.) (not designated for publication).

On December 18, 2018, appellant filed a second notice of appeal from her conviction. We dismissed that appeal for lack of jurisdiction. *See Medina v. State*,

No. 14-18-01109-CR, 2019 WL 190900 (Tex. App.—Houston [14th Dist.] Jan. 15, 2019, no pet.) (mem. op.) (per curiam) (not designated for publication).

Appellant subsequently filed three more notices of appeal in the trial court, on January 16, 2019, February 5, 2019, and April 12, 2019, respectively. Each notice of appeal appears to challenge the evidence underlying appellant's conviction. Also included in the clerk's record are (1) a handwritten document entitled "Motion to Reduce State Jail Felony to Misdemeanor Conviction," filed January 16, 2019, and (2) an order signed February 25, 2019, releasing appellant from an intermediate sanction facility.

No authority grants us jurisdiction over a subsequent direct appeal from a conviction after we have affirmed that conviction. It does not appear appellant is trying to appeal the order releasing her from an intermediate sanction facility. There is no other appealable order in the record.

Accordingly, we **DISMISS** this appeal.

PER CURIAM

Panel consists Justices Wise, Jewell, and Hassan.